UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| LATASHA R. BATTLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| ) | No. 4:24-CV-39-BM |
| LELAND C. DUDEK, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

**This action came before the U.S. Magistrate Judge Brian S. Meyers for consideration on plaintiff's Social Security Brief and defendant's Brief.**

**IT IS ORDERED, ADJUDGED AND DECREED that the court grants Plaintiff's Social Security Brief [DE-12], denies Defendant's Brief [DE-14], and remands the case to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.**

This Judgment Filed and Entered on March 25, 2025 with service on:
Russell R. Bowling  (via CM/ECF Notice of Electronic Filing)
Sarah Noel Hibbert (via (CM/ECF Notice of Electronic Filing)
Wanda D. Mason  (via CM/ECF Notice of Electronic Filing)

                                                          PETER A. MOORE, JR., CLERK

                                                          /s/ Bobbie R. Horton
                                                          (By): Bobbie R. Horton, Deputy Clerk