UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| LATASHA R. BATTLE, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| ) | |
| ) | **JUDGMENT** |
| v. ) | |
| ) | No. 4:24-CV-39-BM |
| FRANK BISIGNANO, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

**This action came before the U.S. Magistrate Judge Brian S. Meyers for consideration on the motion by plaintiff's counsel for attorney fees (D.E.19) and the stipulation (D.E 18) between plaintiff Latasha Battle ("plaintiff") and defendant Frank Bisignano ("Commissioner") regarding plaintiff's recovery of attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d).**

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the motion by plaintiff is ALLOWED. The Commissioner shall pay $6,091.89 in attorney's fees associated with this case in full satisfaction of any and all claims arising under the EAJA. Provided that the award to plaintiff is not subject to the Treasury Offset Program ("Program"), payment shall be made by check payable to plaintiff's counsel, Russell R. Bowling, and mailed to counsel at the following address pursuant to plaintiff's assignment [DE-20-5] to her attorney of the right to payment of attorney's fees under the EAJA: Russell R. Bowling, Law Office of Russell R. Bowling, 77 West Main St., Franklin, NC 28734. If the award is subject to the Program, the balance shall be mailed to Attorney Bowling at the above address and the check made payable to him if allowed by the Program.**

This Judgment Filed and Entered on July 23, 2025 with service on:

Russell R. Bowling   (via CM/ECF Notice of Electronic Filing)

Sarah Noel Hibbert   (via CM/ECF Notice of Electronic Filing)

Wanda D. Mason   (Via CM/ECF Notice of Electronic Filing)

PETER A. MOORE, JR., CLERK


/s/ Bobbie R. Horton
 (By): Bobbie R. Horton, Deputy Clerk